## RECORD OF GRAND JURY BALLOT

C/ 4:22cr579

**THE UNITED STATES**   V.   **WILLIAM JAMES DALLIS, A/K/A BILL DALLIS**

(SEALED UNTIL FURTHER ORDER OF THE COURT)

**RECEIVED**

JUN 29 2022

FLORENCE, S.C.