# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 4:22-CR-00579 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REQUEST FOR** |
| | ) | **PROTECTION FROM COURT** |
| WILLIAM JAMES DALLIS, | ) | **APPEARANCES** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the attorney for Defendant, and respectfully moves for an Order of Protection in this matter.

Attorney R. Scott Joye is scheduled to attend the DUI Defense Lawyers Association 2022 Fall Seminar in Austin, Texas on September 7, 2022 through September 11, 2022.

WHEREFORE, Counsel is respectfully requesting protection for Wednesday, September 7, 2022 through Sunday, September 11, 2022.

I SO MOVE.

Respectfully Submitted,

s/ R. Scott Joye
R. Scott Joye
Attorney for the Defendant
Federal I.D. #7310
3575 Highway 17 Business
Murrells Inlet, South Carolina 29576
(843) 357-6454 Phone
(843) 651-8127 Fax

Murrells Inlet, South Carolina
August 4, 2022